UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS, DIVISION

Cedric Price, ADA Plaintiff

VS

CareConnect Convenient Care, and acted in
their individual capacity and official
Capacity

Claim No: 9915726
Claim No: Favorable Decision by
ALJ Corelius David

Formal Complaint Regarding Patient ADA Cedric Been Medical Negligence
Malpractice And Medical Misconduct By CareConnect Cuthbert GA.
Breach Of Duty. Requesting for Dr. Ghiathi To Transfer ADA Cedric
Medical Records to New Primary Doctor Mrs. Aguwa 2709 Meredyth
Drive Albany GA 31707 229-312-9651

Now Comes Patient ADA Cedric, this 24 day of November 2025 to move CareConnect Cuthbert GA to transfer ADA Cedric medical records to new primary dr. Mrs Aguwa under GA. Code 31-33-2 (2024)(2) upon written request from the patient........

## Jurisdiction

Professional Misconduct under Georgia, Rule 180-6, failing to perform services competently, and breaches of professional conduct Misrepresenting qualifications.

CHAPTER 15 PROFESSIONAL LIABILITY A MALPACTICE
15:1 Elements of Liability 15:6 Contributory Negligence of patient. Federal Tort Claims Act (FTCA: This act allows individuals to sue the U.S. government negligent acts or it's employees (such as doctors). HIPAA violating ▆▆▆ malicious intent violates ▆ direct orders, as detailed in 42 USC §1320d-6, the doctor, as the covered entity, has a responsibility to prevent such violations also face civil penalties, Professional sanctions such as loss of license and a civil lawsuit from affected patients.

## Claim

Patients ADA Cedric, has long-term professional ▆▆▆▆▆▆▆ relationship with doctor Ghiathi, but now "Lost of trust, because doctor Ghiathi allows staff member Mrs. Christy to malicious intent violated a direct orders, and acted under color of state Law. On 07/30/24 Supervisor Mrs. Lauren "Discrimination" against Patient ADA Cedric (e.g. Deny Cedric of medical services and reasonable accommodations, is a violation of the Americans with Disability Act, and acted under the color of state. On 08/20/24 Doctor Ghiathi and staff member Mrs. Christy violated HIPAA (e.g. Malicious intent to violate a direct orders) Unconstitutional", and both acted under the color of state law. A doctor who allows a staff member to continue violating HIPAA with malicious intent can be held criminally liable involving personal gain or malicious harm, punishable by up to 10 years in prison and a fine up to 250,000. This falls under federal Law, specifically the criminal penalties for HIPAA violations established by the Health Insurance Portability and Accountability Act (HIPAA), as detailed in 42 USC ▆▆▆ 1320d-6. The Georgia Court of Appeal recently affirmed a landmark 40 Million Medical Negligence verdict against an ▆▆▆▆ emergency room Physician at North Fulton Hospital.

On 07/30/24 and 08/20/24, the CareConnect Cuthbert GA, disobeys the Constitution, and acted under the color of State Law. On 01/10/25 ADA Cedric Requesting Medical Necessity Documentation And Summary of Mental Health Records Without Insurance at Phoebe Behavioral Health, and Therapist: Linda J. Carter-Sims NP Albany GA, respects the Constitution, provided ADA Cedric Draft Impairment Letter. Misrepresenting qualification is dishonest and Can lead to immediate job termination, breach of contract claims and professional Sanctions like the loss of licenses. Dr Ghiath ~~██████████~~ and staff member Mrs. Christy Continuously Violating a direct order, HIPAA violation with potentially severe penalties, including Civil fines up to 1.5 million, and criminal charges with fines and imprisonment, and both acted under the color of State Law.

### Conclusion

CareConnect Cuthbert GA, committed Medical Negligence, Malpractice, Medical Misconduct, Breach of Duty.

Requesting, transfer ADA Cedric Medical Records to New Primary Doctor Mrs. Aguma 2709 Meredyth Dr. Albany GA 31707 under GA. Code 31-33-2 (2024) (2)

### 28 U.S. Code 1746-Unsworn declarations under Penalty of Perjury

"I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on November, 24 2025

ADA Cedric Brice