**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CEDRIC PRICE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-62 (LAG) |
| | : | |
| ASPIRE BEHAVIORAL HEALTH DDS SERVICES, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

On May 8, 2026, *pro se* Plaintiff Cedric Price filed a Complaint which loosely appears to be a claim under Subchapter III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181, *et seq*. (Doc. 1). The record reflects that Plaintiff has neither paid the $405 filing fee required for filing a complaint in U.S. District Court, nor submitted an application for leave to proceed *in forma pauperis*.[1] (*See* Docket). Under federal law, any party seeking to initiate a civil action in a district court must pay the required filing fee. 28 U.S.C. § 1914(a). But a court may authorize commencement of a lawsuit without prepayment of fees if the plaintiff shows that they are indigent and eligible to proceed *in forma pauperis* (IFP). *Id.* § 1915(a).

Accordingly, Plaintiff is **ORDERED** to either pay the required filing fee or submit an application for leave to proceed IFP on the Court's long form, AO 239, by **Thursday, November 12, 2026**. **Failure to comply with this Order will result in dismissal of this action**. The Clerk of Court is **DIRECTED** to provide Plaintiff an *in forma pauperis* application form with a copy of this Order.

---

[1] *See Fee Schedules*, U.S. Dist. Ct. for the Middle Dist. of Ga., https://www.gamd.uscourts.gov/fee-schedules (last visited August 17, 2026); *see also Guide for Self Represented Litigants*, U.S. Dist. Ct. for the Middle Dist. of Ga., https://www.gamd.uscourts.gov/filing-without-attorney (last visited August 17, 2026).

**SO ORDERED**, this 28th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**